| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 5:22-TK-07587-UA-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 2:24-cr-00192-GMN-MDC-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Melissa M. Ransome ▇▇▇▇▇▇ | Central of California | Eastern |
| | NAME OF SENTENCING JUDGE | |
| | Sheri Pym | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM August 12, 2022 — TO August 11, 2025 |

**OFFENSE**
36 CFR 4.23(a)(1), Operating Vehicle under Influence of Alcohol, a misdemeanor.

**JUSTIFICATION/REASON FOR TRANSFER** *(e.g., prosocial ties, employment/education opportunities, violation of supervision)*
Ms. Ransome has no significant ties to the Central District of California and expects to remain in the District of Nevada for the remainder of Probation. The Probation Office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns to be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____CENTRAL_____ DISTRICT OF _____CALIFORNIA_____

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 15, 2024
*Date*

_____
*United States Magistrate Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____NEVADA_____

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 22, 2024
*Effective Date*

_____
*United States District Judge*

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Melissa M Ransome

Case No.:  To Be Assigned

REQUESTING ACCEPTANCE OF JURISDICTION

August 16, 2024

TO:     United States District Judge

On August 12, 2022, Ransome was sentenced in the Central District of California by the Honorable Magistrate Judge Sheri Pym to three years' probation for committing the offense of Operating a Vehicle Under Influence of Alcohol. Ransome is a resident of Las Vegas, Nevada and intends on remaining in Las Vegas for the duration of her supervision.

To address any matters that may require the Court's attention in an efficient and expeditious manner, the undersigned officer is requesting that jurisdiction be transferred to the District of Nevada. As noted by her signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. Magistrate Judge Sheri Pym, has agreed to relinquish jurisdiction. Should the Court agree with this request, the transfer of jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

Digitally signed by
Cecil McCarroll
Date: 2024.08.21
15:27:10 -07'00'

Cecil McCarroll
United States Probation Officer

Approved:

Digitally signed by Tawni Salem
Date: 2024.08.21 12:54:29 -07'00'

Amberleigh Barajas
Supervisory United States Probation Officer